**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Zurich American Insurance Company v. Sandra A. Debose

Appellate case number:   01-13-00344-CV

Trial court case number:  2006-54103

Trial court:                    133rd District Court of Harris County

        It is **ordered** that Sandra Dubose's motion for rehearing is denied.


Judge's signature: /s/ Laura C. Higley
                        Acting for the Court

Panel consists of Justices Jennings, Higley, and Sharp.

Justice Sharp dissents, without opinion, from the denial of the motion for rehearing.


Date: September 23, 2014